**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CELIS IVAN DIAZ ROMERO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-8557** |
| | : | |
| **SECRETARY MARKWAYNE MULLIN et al** | : | |
| | : | |
| | : | |
| | : | |
| | : | |

# ORDER

**AND NOW**, this 16th day of November 2026, it is **ORDERED** that Petitioner shall file a reply brief to Respondents' Answer to complaint *Response in Opposition to Petition* (DI 5) no later than **November 18, 2026.**

John F Murphy

**MURPHY, J.**